ORIGINAL

FILED

10/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0003

FILED

OCT 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF SHKELQIM PILINCI TO SUBMIT LATE APPLICATION TO TAKE THE BAR EXAM

ORDER

Shkelqim Pilinci has filed a petition for leave to submit a late application to take the Montana Bar Examination scheduled to be administered in February 2021. Pilinci's petition establishes good cause for the request. Pilinci must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Shkelqim Pilinci for leave to submit a late application to take the Montana Bar Examination in February 2021 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than December 1, 2020.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 27 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices